UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FSC FRANCHISE CO., LLC,
a Delaware Limited Liability Company,
and BEEF 'O' BRADY'S MARKETING
AND DEVELOPMENT FUND, INC., a
Florida corporation,

    Plaintiffs,

v.                                                    CASE NO: 8:10-cv-450-T-23TBM

BEL-MAR, INC., a South Carolina
corporation, RYAN BELCHER, an
individual, GARY GOSS, an individual,
and THOMAS MARZANO, an individual,

    Defendants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiffs' motion for default judgment (Doc. 34) was referred to the Magistrate Judge. (Doc. 32)[1] The Magistrate Judge issued a report and (Doc. 37) recommended entry of a default judgment against each defendant. No party objects to the report, and the time for filing objections has expired. Accordingly, the Magistrate Judge's report and recommendation (Doc. 37) is **ADOPTED** and the motion (Doc. 34) is **GRANTED**. The clerk is directed to (1) enter judgment in favor of the plaintiffs, FSC Franchise Co., LLC, and Beef 'O' Brady's Marketing and Development Fund, Inc., and against defendants

---

[1] The plaintiffs filed both an original motion for default judgment (Doc. 31) and an amended motion for default judgment (Doc. 34). The referral order (Doc. 32) is dated after the first motion but before the second motion. However, the report and recommendation deals with the later motion.

- 2 -

Bel-Mar, Inc., Ryan Belcher, and Gary Goss,[2] jointly and severally, for $138,334.17 in damages and $11,426.50 in fees, (2) terminate any pending motion and (3) close the case.

ORDERED in Tampa, Florida, on October 28, 2010.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[2] The defendant Thomas Marzano is deliberately omitted from this order because of his pending bankruptcy and the resulting automatic stay of judicial proceedings against him. (Doc. 35)